JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/6/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN -6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN EDWARDS, | Case No. SACV 08-0558-RSWL (RNB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| M.E. POULOS, et al., | |
| Defendants. | |

In accordance with the Order Re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 31, 2008

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN -6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY